1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 TITO VASQUEZ,                                     Case No. 8:23-cv-00696-JWH KESx

12        Plaintiff,                                **JUDGMENT**

13    v.

14 TIJUANAS TACOS, a business entity;
   BRENDA RODRIGUEZ MURILLO,
15    an individual; and
   HIGHTECH FLOOR COVERING
16    INC., a corporation,

17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 25]" filed substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.    This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) & (a)(4).

2.    The operative pleading is the Complaint [ECF No. 1] filed by Plaintiff Tito Vasquez.

3.    Defendant Tijuanas Tacos is **DISMISSED.**

4.    Plaintiff Tito Vasquez shall have **JUDGMENT** in his **FAVOR,** and **AGAINST** Defendants Brenda Rodriguez Murillo and Hightech Floor Covering Inc., jointly and severally, in the amount of $4,600 (which sum consists of $4,000 in statutory damages and $600 in costs) on Plaintiff's claims for violations of the Americans with Disabilities Act of 1990, the Unruh Civil Rights Act, and the California Disabled Persons Act.

5.    Plaintiff Tito Vasquez shall take nothing on his claim for general negligence, which claim is **DISMISSED.**

6.    Defendants Brenda Rodriguez Murillo and Hightech Floor Covering Inc., and each of them, are **ORDERED,** within 30 days of receiving notice of this Judgment, to provide an accessible parking space at the property located at or about 485 W. Holt Ave. STE #A, Pomona, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

7.    Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated:    November 4, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-